**32140.739**

**GreenPoint Credit LLC vs Department of Revenue**

|  |  | Fees | Expenses |  |
|---|---|---|---|---|
| 10/03/01 | 1 | 2,790.00 | 1,640.00 | 4,430.00 |
| 03/07/02 | 2 | 6,723.00 | 56.18 | 6,779.18 |
| 10/08/02 | 3 | 9,997.00 | 327.58 | 10,324.58 |
| 04/09/03 | 4 | 1,530.00 | 40.80 | 1,570.80 |
| 07/17/03 | 5 | 1,990.00 | | 1,990.00 |
| 10/28/03 | 6 | 225.00 | | 225.00 |
| 12/18/03 | 7 | 726.00 | | 726.00 |
| 02/03/04 | 8 | 550.00 | | 550.00 |
| 03/01/04 | 9 | 75.00 | | 75.00 |
| 07/01/04 | 10 | 75.00 | | 75.00 |
| 02/01/05 | 12 | 594.50 | | 594.50 |
| 03/09/05 | 13 | 3,100.00 | | 3,100.00 |
| 05/02/05 | 14 | 5,775.00 | | 5,775.00 |
| 06/01/05 | 15 | 5,375.00 | 113.84 | 5,488.84 |
| 08/01/05 | 16 | 500.00 | | 500.00 |
| 10/03/05 | 17 | 1,047.50 | | 1,047.50 |
| 02/21/06 | 18 | 7,450.00 | | 7,450.00 |
| 04/03/06 | 19 | 3,190.00 | | 3,190.00 |
| 05/02/06 | 20 | 357.50 | | 357.50 |
| 06/02/06 | 21 | 330.00 | | 330.00 |
| 09/05/07 | 22 | 11,922.50 | | 11,922.50 |
| Gray Ritter & Graham | | 10,800.00 | 516.80 | 11,316.80 |
| | | **75,123.00** | **2,695.20** | **77,818.20** |


EXHIBIT
3

**MURPHY WASINGER** LC

*ATTORNEYS AT LAW*

OCT 2 9 2001

MAGNA PLACE, SUITE 550
BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

Page: 1
10/03/01
FILE NO.    32140-739F

GREEN POINT CREDIT L.L.C.
10089 WILLOW CREEK RD
SAN DIEGO   CA   92131

ATTN: MICHAEL NAJEWICZ

*For Legal Services Rendered:*

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS |
|---|---|---|
| 08/28/01 | TELEPHONE CALL WITH DEPARTMENT OF REVENUE REGARDING TEMPORARY RESTRAINING ORDER | .30 |
| 08/29/01 | TELEPHONE CALLS WITH REGIONAL OFFICE AND LEGAL DEPARTMENT REGARDING TEMPORARY RESTRAINING ORDER RELATING TO ISSUANCE OF ABANDONED TITLES | .50 |
| | PREPARATION OF PETITION FOR TEMPORARY RESTRAINING ORDER AND DECLARATORY JUDGMENT ACTION AGAINST MISSOURI DEPARTMENT OF REVENUE | 1.20 |
| 08/30/01 | RESEARCH AND PREPARATION OF PETITION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND DECLARATORY RELIEF | 2.80 |
| 09/05/01 | TELEPHONE CALLS WITH COURT REGARDING RESTRAINING ORDER | .30 |
| | TELEPHONE CALL WITH MISSOURI DEPARTMENT OF REVENUE REGARDING HEARING ON TEMPORARY RESTRAINING ORDER | .30 |
| | PREPARE FOR HEARING ON TEMPORARY RESTRAINING ORDER | .80 |
| 09/06/01 | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY TO OBTAIN TEMPORARY RESTRAINING ORDER AGAINST MISSOURI DEPARTMENT OF REVENUE | 1.40 |
| 09/17/01 | RESEARCH AND REVISE AMENDED PETITION AGAINST MISSOURI DEPARTMENT OF REVENUE | 1.80 |
| 09/20/01 | REVIEW MOTION TO INTERVENE FILED BY ROBINDALE PARK | .30 |

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREEN POINT CREDIT L.L.C.

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR

*FOR LEGAL SERVICES RENDERED:*
~~BENNY HAINEN~~

|  |  | HOURS |  |
|---|---|---|---|
|  | TELEPHONE CALL WITH COUNSEL FOR ROBINDALE PARK REGARDING STATUS OF CASE AND POSITION ON RESTRAINING ORDER | .20 |  |
|  | EXTENSIVE RESEARCH REGARDING CONSTITUTIONAL ISSUES RELATING TO STATUTE | 3.00 |  |
|  | TELEPHONE CALLS WITH COUNSEL FOR ATTORNEY GENERAL REGARDING STATUS OF CASE, TEMPORARY RESTRAINING ORDER AND HEARING ON PRELIMINARY INJUNCTION | .30 |  |
| 09/21/01 | RESEARCH ISSUES RELATING MISSOURI CONSTITUTION AND VALIDITY OF STATUTE | .80 |  |
| 09/27/01 | APPEAR IN COURT; CONFERENCE WITH JUDGE; OBTAIN ORDER | .50 |  |
|  | FOR CURRENT SERVICES RENDERED | 14.50 | 2,790.00 |
| 08/30/01 | FILING FEE |  | 130.00 |
| 09/10/01 | BOND FOR TRO |  | 1,500.00 |
| 09/17/01 | SERVICE FEES |  | 10.00 |
|  | TOTAL EXPENSE |  | 1,640.00 |
|  | TOTAL CURRENT WORK |  | 4,430.00 |
|  | BALANCE DUE |  | $4,430.00 |

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY  WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREEN POINT CREDIT L.L.C.
10089 WILLOW CREEK RD
SAN DIEGO CA 92131

ATTN: MICHAEL NAJEWICZ

Page: 1
03/07/02
FILE NO. 32140-739F

**PAID**

APR - 2 2002

*FOR LEGAL SERVICES RENDERED:*

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |
|---|---|---|
| 10/30/01 |  |  |
| DGW | NUMEROUS TELEPHONE CALLS WITH COUNSEL FOR MMHA, JOYCE BAKER, REGIONAL OFFICE, CLIENT'S LEGAL DEPARTMENT REGARDING TEMPORARY RESTRAINING ORDER AGAINST MISSOURI DEPARTMENT OF REVENUE AND REGARDING LEGISLATION; REVIEW DRAFT OF LEGISLATION | 1.80 |
| 11/01/01 |  |  |
| DGW | RESEARCH REGARDING CONSTITUTIONALITY OF STATUTE RELATING TO TITLES TO ABANDONED MOBILE HOMES | 4.20 |
| 11/05/01 |  |  |
| DGW | RESEARCH AND PREPARATION OF BRIEF IN SUPPORT OF PRELIMINARY AND PERMANENT INJUNCTION | 3.60 |
| 11/08/01 |  |  |
| DGW | RESEARCH AND PREPARATION OF MEMORANDUM IN SUPPORT OF INJUNCTIVE AND DECLARATORY RELIEF | 5.80 |
| 11/09/01 |  |  |
| DGW | PREPARATION OF MEMORANDUM IN SUPPORT OF DECLARATORY AND INJUNCTIVE RELIEF | 5.20 |
| DGW | LETTER TO CLIENT REGARDING MEMORANDUM IN SUPPORT OF DECLARATORY AND INJUNCTIVE RELIEF | 0.30 |
| 11/12/01 |  |  |
| DGW | RESEARCH CASES CITED BY COUNSEL FOR DEPARTMENT OF REVENUE | 0.80 |
| 11/13/01 |  |  |
| DGW | TELEPHONE CALL WITH COUNSEL FOR MISSOURI DEPARTMENT OF REVENUE REGARDING HEARING ON PRELIMINARY INJUNCTION | 0.30 |

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  |  | HOURS |
|---|---|---|---|
| 11/14/01 | | | |
| | DGW | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY REGARDING SCHEDULING CONFERENCE; CONFER WITH COURT REGARDING SAME | 1.20 |
| | DGW | RESEARCH AND PREPARATION OF REPLY BRIEF RELATING TO INJUNCTIVE AND DECLARATORY RELIEF | 1.60 |
| 11/16/01 | | | |
| | DGW | RESEARCH AND PREPARATION OF REPLY BRIEF TO SUGGESTIONS OF MISSOURI DEPARTMENT OF REVENUE; FILE WITH COURT | 2.60 |
| 12/11/01 | | | |
| | RTO | REVIEW FILE AND STATUS OF PENDING HEARING | 0.50 |
| 12/14/01 | | | |
| | RAN | DRAFT/REVIEW UPDATED ORDER | 0.10 |
| | RAN | TRAVEL TO COUNTY COURT; ATTEMPT TO LOCATE JUDGE ROMINES; CONFERENCE WITH ANOTHER CLERK; CONFERENCE WITH JUDGE WALLACE'S CLERK; CONFERENCE WITH JUDGE WALLACE; OBTAIN EXTENSION ON TRO | 0.30 |
| 12/21/01 | | | |
| | RAN | REVISE ORDER; TRAVEL TO COUNTY COURT; ATTEMPT TO LOCATE JUDGE ROMINES; CONFERENCE WITH JUDGE WALLACE'S CLERK; CONFERENCE WITH JUDGE WALLACE; OBTAIN EXTENSION ON TRO | 0.30 |
| 01/07/02 | | | |
| | RAN | TRAVEL TO COURT; CONFERENCE WITH PRESIDING JUDGE; OBTAIN TRO EXTENSION; CONFERENCE WITH CLERK; FAX TRO TO DEF ATTY | 0.80 |
| 01/24/02 | | | |
| | RAN | APPEAR IN COURT; CONFERENCE WITH CLERK; CONFERENCE WITH JUDGE; RENEW TRO | 0.40 |
| 02/15/02 | | | |
| | DGW | REVIEW JUDGMENT GRANTING PERMANENT INJUNCTION; FORWARD COPY TO REGIONAL OFFICE; CONFER WITH CLIENT REGARDING SAME; CONFER WITH ASSISTANT ATTORNEY GENERAL REGARDING JUDGMENT; FORWARD COPY TO ASSISTANT ATTORNEY GENERAL | 1.80 |
| 02/18/02 | | | |
| | DGW | MEETING IN JEFFERSON CITY TO ADDRESS INJUNCTION AND LEGISLATION | 3.50 |

GREEN POINT CREDIT L.L.C.

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| 02/26/02 DGW | LETTER TO CLIENT REGARDING PERMANENT INJUNCTION | 0.30 |  |
|  | FOR CURRENT SERVICES RENDERED | 35.40 | 6,723.00 |
| 09/27/01 | TRAVEL |  | 6.18 |
| 11/26/01 | DOCUMENT RETRIEVAL |  | 50.00 |
|  | TOTAL EXPENSE |  | 56.18 |
|  | TOTAL CURRENT WORK |  | 6,779.18 |
|  | BALANCE DUE |  | $6,779.18 |



# MURPHY ◆ WASINGER LC


*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREEN POINT CREDIT L.L.C.
10089 WILLOW CREEK RD
SAN DIEGO   CA   92131

ATTN: MICHAEL NAJEWICZ

PAGE: 1
10/08/02
FILE NO. 32140-739F

---

*FOR LEGAL SERVICES RENDERED:*

---

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS |
|---|---|---|
| 03/18/02 | | |
| DGW | REVIEW NOTICE OF APPEAL TO MISSOURI SUPREME COURT; ADVISE CLIENT OF SAME | 0.40 |
| 03/21/02 | | |
| DGW | RESEARCH STATUS OF REPEAL OF LEGISLATION AND STATUS OF REPLACEMENT BILL | 0.50 |
| 03/25/02 | | |
| DGW | LETTER TO CLIENT REGARDING NOTICE OF APPEAL TO MISSOURI SUPREME COURT | 0.30 |
| 05/14/02 | | |
| SLL | CREATED TIMELINE FOR SUPREME COURT APPEAL | 2.50 |
| 05/15/02 | | |
| LEW | REVIEW APPELLATE TIME TABLE.  CALENDAR DEADLINES.  UPDATE FILE. | 0.10 |
| SLL | RESEARCH AND PREPARE TIMELINE FOR APPEAL BRIEFS | 1.00 |
| SLL | TELEPHONE CALL WITH SUPREME COURT CLERK TO OBTAIN INFORMATION ABOUT LEGAL FILE AND DEADLINES | 0.20 |
| 07/01/02 | | |
| DGW | REVIEW BRIEF FILED BY APPELLANT MISSOURI DEPARTMENT OF REVENUE AND AMICUS BRIEF; PREPARATION OF SUPPLEMENTAL LEGAL FILE AND MOTION FOR LEAVE TO FILE SUPPLEMENTAL LEGAL FILE | 4.20 |
| 07/02/02 | | |
| DGW | REVIEW LEGAL FILE OF MISSOURI DEPARTMENT | |

*11/4/02*

GREEN POINT CREDIT L.L.C.

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS |
|---|---|---|
| | OF REVENUE; PREPARATION OF MOTION FOR LEAVE TO FILE SUPPLEMENTAL LEGAL FILE | 1.80 |
| 07/15/02 | | |
| DGW | RESEARCH ISSUES RELATING TO CONSTITUTIONAL DEPRIVATION OF PROPERTY; COMMENCE DRAFTING OUTLINE FOR BRIEF | 2.40 |
| 07/16/02 | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 4.60 |
| 07/22/02 | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 4.20 |
| 08/01/02 | | |
| DGW | PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 4.80 |
| 08/05/02 | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 4.60 |
| 08/06/02 | | |
| DGW | REVIEW AND REVISE BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 4.20 |
| 09/27/02 | | |
| DGW | TCW WITH ASSISTANT ATTORNEY GENERAL REGARDING REPLY BRIEF AND ORAL ARGUMENTS; CONFER WITH COURT REGARDING ORAL ARGUMENTS; PREPARATION FOR ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURT | 3.20 |
| 09/30/02 | | |
| DGW | REVIEW BRIEFS AND RESEARCH; PREPARE FOR ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURT | 5.20 |
| 10/01/02 | | |
| DGW | PREPARE FOR AND TRAVEL TO JEFFERSON CITY FOR ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURT | 5.20 |

GREEN POINT CREDIT L.L.C.

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS | |
|---|---|---|---|
| 10/02/02 | | | |
| DGW | PREPARE FOR AND ATTEND ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURT | 4.20 | |
| 10/03/02 | | | |
| DGW | CORRESPONDENCE WITH CLIENT REGARDING RESULTS OF HEARING | 0.20 | |
| | FOR CURRENT SERVICES RENDERED | 53.80 | 9,997.00 |
| 08/12/02 | PHOTOCOPIES (KINKO'S) | | 215.58 |
| 10/02/02 | TRAVEL | | 112.00 |
| | TOTAL EXPENSE | | 327.58 |
| | TOTAL CURRENT WORK | | 10,324.58 |
| | BALANCE DUE | | $10,324.58 |

# MURPHY ◆ WASINGER LC

ATTORNEYS AT LAW

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

```
                                                        PAGE: 1
GREEN POINT CREDIT L.L.C.                            04/09/2003
MICHAEL NAJEWICZ                        FILE NO. 32140-739F
10089 WILLOW CREEK ROAD                 STATEMENT:         4
SAN DIEGO  CA  92131

   ATTN: MICHAEL NAJEWICZ
```

*FOR LEGAL SERVICES RENDERED:*

```
RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN


                                            HOURS
03/10/03
    DGW REVIEW OPINION OF MISSOURI SUPREME COURT;
        CONFER WITH ASSISTANT ATTORNEY GENERAL
        REGARDING SAME;                       2.40

03/14/03
    DGW PREPARATION OF INTERROGATORIES AND
        REQUEST FOR PRODUCTION OF DOCUMENTS
        DIRECTED TO DEPARTMENT OF REVENUE     3.20

03/18/03
    DGW REVIEW AND REVISE DISCOVERY DIRECTED TO
        MISSOURI DEPARTMENT OF REVENUE        1.20   _____

        FOR CURRENT SERVICES RENDERED         6.80   1,530.00


08/07/02 EXPRESS DELIVERY SERVICE                       20.40
08/07/02 EXPRESS DELIVERY SERVICE                       20.40
                                                      _____
        TOTAL EXPENSE                                   40.80

        TOTAL CURRENT WORK                           1,570.80


        BALANCE DUE                              $1,570.80
                                                =========
```

```
FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE
```



PAID

JUN - 3 2003

# MURPHY  WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

```
                                                PAGE: 1
GREEN POINT CREDIT L.L.C.                    07/17/2003
MICHAEL NAJEWICZ                 FILE NO. 32140-739F
10089 WILLOW CREEK ROAD          STATEMENT:        5
SAN DIEGO  CA  92131
```

ATTN: MICHAEL NAJEWICZ
*FOR LEGAL SERVICES RENDERED:*

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  | | HOURS |
|---|---|---|
| 04/08/03 | | |
| DGW | CONFER WITH ASSISTANT ATTORNEY GENERAL REGARDING HEARING ON PRELIMINARY INJUNCTION; CORRESPOND WITH ATTORNEY GENERAL REGARDING SAME; | 0.80 |
| 04/09/03 | | |
| DGW | REVIEW CORRESPONDENCE FROM MISSOURI ATTORNEY GENERAL AND NOTIFY CLIENT OF MORATORIUM ON ISSUANCE OF ABANDONED TITLES | 0.70 |
| 04/21/03 | | |
| DGW | LETTER TO COUNSEL FOR MISSOURI DEPARTMENT OF REVENUE REGARDING INJUNCTIVE RELIEF AND RELATED ISSUES | 0.30 |
| 04/29/03 | | |
| DGW | REVIEW DISCOVERY RESPONSES; LETTER TO ASSISTANT ATTORNEY GENERAL REGARDING MOTION TO COMPEL AND RESPONSES | 0.80 |
| 05/09/03 | | |
| ET | CONFERENCE WITH D. WASINGER REGARDING SCHEDULING ORDER AND HEARING. | 0.20 |
| 05/13/03 | | |
| ET | REVIEW ANSWERS TO THE DISCOVERY REQUESTS AND THE LETTER FROM THE MISSOURI ATTORNEY GENERAL'S OFFICE REGARDING THEIR OBJECTIONS TO INTERROGATORIES. | 0.50 |
| 05/14/03 | | |
| ET | APPEAR IN COURT FOR A SCHEDULING CONFERENCE. | 0.50 |
| ET | APPEAR IN COURT TO OBTAIN INJUNCTIVE RELIEF | 0.60 |

PAID

AUG 2 1 2003

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |
|---|---|---|
| 05/21/03 | | |
| ET | APPEAR IN COURT REGARDING DATES FOR DISCOVERY MOTIONS. | 0.40 |
| 05/22/03 | | |
| ET | TELEPHONE CALL WITH COURT REGARDING HEARING DATES FOR DISCOVERY MOTIONS | 0.10 |
| ET | TELEPHONE CALL WITH DEFENDANT'S ATTORNEY REGARDING HEARING DATE | 0.10 |
| ET | PREPARE NOTICE OF HEARING FOR 6/27/03 AND MEMO TO THE CLERK | 0.20 |
| 05/27/03 | | |
| ET | TELEPHONE CALL WITH COURT REGARDING MOTION TO COMPEL DISCOVERY | 0.10 |
| 06/25/03 | | |
| DGW | REVIEW MOTION TO COMPEL, INTERROGATORIES, REQUEST FOR PRODUCTION OF DOCUMENTS; CONFER WITH CLIENT REGARDING SAME | 1.20 |
| 06/26/03 | | |
| ET | REVIEW AND ANALYZE DISCOVERY RULES 56, 57, 58 AND 61; TELEPHONE CALL TO WESTLAW REGARDING SEARCH TERMS; RESEARCH MISSOURI CASES ON WHAT CONSTITUTES BURDENSOME DISCOVERY UNDER MISSOURI SUPREME COURT RULES; READ AND ANALYZE THE CASES | 1.20 |
| 06/27/03 | | |
| DGW | APPEAR IN COURT FOR HEARING ON MOTIONS | 1.20 |
| 07/01/03 | | |
| ET | CONFER WITH D. WASINGER REGARDING PREPARATION OF A STIPULATION | 0.10 |
| 07/02/03 | | |
| ET | PER JUDGE'S ORDER DRAFT STIPULATION AS TO THE FACTS WHICH ARE NOT IN DISPUTE | 0.40 |
| DGW | PREPARATION OF RESPONSES TO DISCOVERY REQUESTS OF MISSOURI DEPARTMENT OF REVENUE; FORWARD SAME TO REGIONAL OFFICE FOR REVIEW AND SIGNATURE | 1.80 |
| 07/07/03 | | |
| ET | REVIEW AND REVISED STIPULATION AS TO | |

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|                               | HOURS |          |
|-------------------------------|-------|----------|
| AGREED FACTS                  | 0.20  |          |
| FOR CURRENT SERVICES RENDERED | 11.40 | 1,990.00 |
| TOTAL CURRENT WORK            |       | 1,990.00 |
| BALANCE DUE                   |       | $1,990.00 |

# MURPHY  WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

```
                                              PAGE: 1
GREENPOINT CREDIT L.L.C.                      10/28/2003
MICHAEL NAJEWICZ              FILE NO. 32140-739F
10089 WILLOW CREEK ROAD      STATEMENT:            6
SAN DIEGO  CA  92131

ATTN: MICHAEL NAJEWICZ
```

*FOR LEGAL SERVICES RENDERED:*

```
RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN
     PREVIOUS BALANCE                         $1,969.60
```

|  |  | HOURS |  |
|---|---|---|---|
| 07/25/03 | | | |
| DGW | TELEPHONE CALL WITH COUNSEL FOR ROBINDALE HOMES REGARDING BACK RENT AND ABANDONED MOBILE HOMES | 0.20 | |
| DGW | TELEPHONE CALL WITH ATTORNEY GENERAL REGARDING BACK RENT AND INTERVENTION OF PARK OWNER | 0.20 | |
| 10/20/03 | | | |
| DGW | REVIEW STATEMENT OF FACTS FROM PARK IN CONNECTION WITH STIPULATION TO BE FILED WITH COURT | 0.50 | |
| | FOR CURRENT SERVICES RENDERED | 0.90 | 225.00 |
| | TOTAL CURRENT WORK | | 225.00 |
| 08/21/03 | FEE PAYMENT | | -1,990.00 |
| | BALANCE DUE | | $204.60 |



```
FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE
```

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO   CA   92131

ATTN: MICHAEL NAJEWICZ

PAGE: 1
12/18/2003
FILE NO. 32140-739F
STATEMENT:        7

*FOR LEGAL SERVICES RENDERED:*

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN
        PREVIOUS BALANCE                                    $204.60

11/19/03
    GW   RECEIVED NOTICE OF MATTER BEING SET FOR LAW
         DAY 12/1
    GW   LETTER FROM CLIENT

11/24/03
    HB   REVIEWING FILE TO DETERMINE REASON FOR
         HEARING ON DEC. 1, '04
    HB   FURTHER REVIEW OF FILE TO DETERMINE STATUS,
         INCLUDING PHONE CALL TO COURT TO DETERMINE
         WHAT MOTION IS FOR.
    HB   SPEAKING WITH GRETCHEN ABOUT FILE, SPEAKING
         WITH DAVID ABOUT FILE, CALLING CLERK.

11/25/03
    HB   SORT AND REVIEW MAIL, DOCKET SHEET
    HB   PHONE CALL FOR LOCAL COUNSEL.
    HB   SECURING LOCAL COUNSEL FOR HEARING DEC 1.
    HB   PREPARE MEMO FOR DISMISSAL DOCKET
    HB   REVIEWING MEMORANDUM FOR COURT
    HB   RESEARCH FOR FILE, FINDING LOCAL, PREPARING
         LETTER FOR LOCAL, PREPARING EXHIBITS FOR
         PETITION, UPDATE STATUS REPORT

PAID

12/11/03
    DGW  APPEAR IN CIRCUIT COURT FOR HEARING ON
         STIPULATION OF FACTS AND SETTLEMENT
         CONFERENCE

    FOR CURRENT SERVICES RENDERED                           726.00

    TOTAL CURRENT WORK                                      726.00  PAID


    BALANCE DUE                                          $930.60

# MURPHY  WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

```
                                        PAGE:  1
GREENPOINT CREDIT L.L.C.                 02/03/2004
MICHAEL NAJEWICZ               FILE NO. 32140-739F
10089 WILLOW CREEK ROAD        STATEMENT:        8
SAN DIEGO  CA  92131
```

ATTN: MICHAEL NAJEWICZ

*FOR LEGAL SERVICES RENDERED:*

```
    RESTRAINING ORDER ACCT# 2513558
    MISSOURI DEPARTMENT OF REVENUE
    ROBERT AND CRYSTAL BARBOUR
    BENNY HAINEN
         PREVIOUS BALANCE                    $930.60


01/20/04
    DGW REVISE PROPOSED STIPULATION OF FACTS

01/21/04
    DGW REVIEW TITLE HISTORIES AND OTHER DISCOVERY
        RESPONSES FROM ATTORNEY GENERAL; LETTER TO
        ATTORNEY GENERAL REGARDING STIPULATION

        FOR CURRENT SERVICES RENDERED          550.00

        TOTAL CURRENT WORK                     550.00


01/05/04 FEE PAYMENT                          -204.60
01/16/04 FEE PAYMENT                          -726.00
01/16/04 FEE PAYMENT                          -204.60
                                            ----------
        TOTAL PAYMENTS                      -1,135.20

        BALANCE DUE                          $345.40
                                            ==========
```

PAID
MAR - 3 2004

```
FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE
```

# MURPHY ◆ WASINGER LC



*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO CA 92131

PAGE: 1
03/01/2004
FILE NO. 32140-739F
STATEMENT: 9

ATTN: MICHAEL NAJEWICZ
*FOR LEGAL SERVICES RENDERED:*

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN
    PREVIOUS BALANCE                       $345.40

02/10/04
    DGW TELEPHONE CALL WITH COUNSEL FOR MISSOURI
    DEPARTMENT OF REVENUE REGARDING STIPULATION
    AND PROCEDURAL STEPS IN BRIEFING CASE

    FOR CURRENT SERVICES RENDERED             75.00

    TOTAL CURRENT WORK                  75.00

    BALANCE DUE                     $420.40



PAID
APR - 5 2004

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

ATTORNEYS AT LAW

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO  CA  92131

PAGE: 1
07/01/2004

FILE NO.        32140-739F
STATEMENT:
10

FOR LEGAL SERVICES MICHAEL NAJEWICZ

RESTRAINING ORDER ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | |
|---|---:|
| PREVIOUS BALANCE | $420.40 |

**06/08/2004**

DGW    TELEPHONE CALL WITH ASSISTANT ATTORNEY GENERAL
REGARDING STIPULATION OF FACTS AND RELATED ISSUES

| | |
|---|---:|
| FOR CURRENT SERVICES RENDERED | 75.00 |
| TOTAL CURRENT WORK | 75.00 |

| | | |
|---|---|---:|
| 03/03/2004 | FEE PAYMENT | -345.40 |
| 04/05/2004 | FEE PAYMENT | -75.00 |
| | TOTAL PAYMENTS | -420.40 |
| | BALANCE DUE | $75.00 |

PAID

‖‖‖ 3 0 2004

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO CA 92131

PAGE: 1
02/01/2005
FILE NO.    32140-739F
STATEMENT:    12

*FOR LEGAL SERVICES REN* ATTN: MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| **09/22/2004** |  |  |  |
| MD | REVIEW ORDER FROM COURT; APPEAR FOR CLIENT AT ST. LOUIS COUNTY COURT, CONFERENCE WITH JUDGE RE REMOVAL OF CASE FROM DISMISSAL DOCKET. | 0.70 |  |
| **01/12/2005** |  |  |  |
| DGW | REVIEW STIPULATION EXECUTED BY ASSISTANT ATTORNEY GENERAL; EXECUTE SAME | 0.80 |  |
| **01/18/2005** |  |  |  |
| DGW | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY REGARDING STIPULATION OF FACTS AND PROCEDURAL REQUIREMENTS OF COURT | 1.20 |  |
|  | FOR CURRENT SERVICES RENDERED | 2.70 | 594.50 |
|  | TOTAL CURRENT WORK |  | 594.50 |
|  | BALANCE DUE |  | $594.50 |



PAID

MAY - 3 2005

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

|  |  |  |
|---|---|---|
| | | PAGE: 1 |
| GREENPOINT CREDIT L.L.C. | | 03/09/2005 |
| MICHAEL NAJEWICZ | FILE NO. | 32140-739F |
| 10089 WILLOW CREEK ROAD | STATEMENT: | |
| SAN DIEGO  CA  92131 | | 13 |

FOR LEGAL SERVICES RENDERED MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS | |
|---|---|---|---|
| **02/14/2005** | | | |
| DGW | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY REGARDING SCHEDULING ORDER AND DISPOSITIVE MOTIONS | 1.80 | |
| **03/07/2005** | | | |
| DGW | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY TO OBTAIN HEARING DATE AND CONFER WITH COURT REGARDING MOTIONS FOR SUMMARY JUDGMENT | 1.20 | |
| DGW | RESEARCH AND DRAFT MOTION FOR SUMMARY JUDGMENT RELATING TO CONSTITUTIONALITY OF STATUTE | 5.20 | |
| **03/08/2005** | | | |
| DGW | RESEARCH ISSUES RELATING TO CONSTITUTIONALITY OF MISSOURI STATUTE | 4.20 | |
| | FOR CURRENT SERVICES RENDERED | 12.40 | 3,100.00 |
| | TOTAL CURRENT WORK | | 3,100.00 |
| | BALANCE DUE | | $3,100.00 |



FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

## PAST DUE
### PLEASE REMIT
*9/8/05*
*9/13/05*

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO  CA  92131

PAGE: 1
05/02/2005
FILE NO.        32140-739F
STATEMENT:            14

FOR LEGAL SERVICES MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|            |     |                                                                                                                                                              | HOURS |          |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 03/22/2005 | DGW | RESEARCH AND PREPARATION OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                                               | 6.20  |          |
| 03/23/2005 | DGW | RESEARCH REGARDING CONSTITUTIONALITY OF STATUTE; PREPARATION OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF SUPPORT OF MOTION FOR SUMMARY JUDGMENT            | 7.20  |          |
| 04/25/2005 | DGW | RESEARCH AND PREPARATION OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT                                                                               | 2.40  |          |
| 04/26/2005 | DGW | RESEARCH AND PREPARATION OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND CONSTITUTIONALITY OF STATUE                                                | 4.20  |          |
| 04/27/2005 | DGW | RESEARCH AND PREPARATION OF MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF MOTION RELATING TO CONSTITUTIONALITY OF STATUTE RELATING TO ABANDONED MOBILE HOMES | 3.10  |          |
|            |     | FOR CURRENT SERVICES RENDERED                                                                                                                                 | 23.10 | 5,775.00 |
|            |     | TOTAL CURRENT WORK                                                                                                                                            |       | 5,775.00 |
|            |     | BALANCE DUE                                                                                                                                                   |       | $5,775.00 |

PAID
SEP 1 9 2005

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

**PAST DUE**
**PLEASE REMIT**

9/2/05

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO  CA  92131

PAGE: 1
06/01/2005
FILE NO.        32140-739F
STATEMENT:            15

*FOR LEGAL SERVICES: MICHAEL NAJEWICZ*

---

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |
|---|---|---|
| **05/02/2005**<br>DGW | RESEARCH STANDING OF SECURED PARTY TO ADDRESS CONSTITUTIONALITY OF STATUTE REGARDING ABANDONED MOBILE HOMES; PREPARATION OF MEMORANDUM REGARDING SAME | 3.20 |
| **05/03/2005**<br>DGW | REVIEW AND REVISE MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT RELATING TO CONSTITUTIONALITY OF STATUTE RELATING TO ABANDONED MOBILE HOMES | 3.20 |
| **05/05/2005**<br>DGW | CONFER WITH MISSOURI ASSISTANT ATTORNEY GENERAL REGARDING FILING TIMELINE FOR MOTION FOR SUMMARY JUDGMENT; REVIEW AND REVISE SAME; APPEAR IN CIRCUIT COURT TO ADDRESS FILING REQUIREMENTS AND RULING ON MOTIONS | 4.20 |
| **05/06/2005**<br>DGW | PREPARATION OF STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; CORRESPOND WITH OPPOSING COUNSEL REGARDING SAME | 0.80 |
| **05/09/2005**<br>DGW | REVIEW ATTORNEY GENERAL'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT OF MOTION; RESEARCH CASES AND STATUTES CITED THEREIN | 3.20 |
| **05/10/2005**<br>DGW | REVIEW AND EXECUTE STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS FOR SUMMARY JUDGMENT; PREPARATION OF RESPONSE TO DEFENDANT'S MOTION FOR |  |

PAID

SEP 1 9 2005

GREENPOINT CREDIT L.L.C.

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| | SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS | 2.40 | |
| 05/26/2005 DGW | REVIEW JUDGMENT IN FAVOR OF CLIENT; CONFER WITH CLIENT REGARDING SAME | 2.40 | |
| 05/27/2005 DGW | RESEARCH IMMUNITY ISSUES RELATING TO MISSOURI DEPARTMENT OF REVENUE AND MONETARY CLAIMS AGAINST MISSOURI DEPARTMENT OF REVENUE | 2.10 | |
| | FOR CURRENT SERVICES RENDERED | 21.50 | 5,375.00 |
| 05/11/2005 | DEPOSITION TRANSCRIPTS (106) | | 113.84 |
| | TOTAL EXPENSE | | 113.84 |
| | TOTAL CURRENT WORK | | 5,488.84 |
| | BALANCE DUE | | $5,488.84 |

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

**PAST DUE**
**PLEASE REMIT**
11/2/05

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO  CA  92131

PAGE: 1
08/01/2005
FILE NO.        32140-739F
STATEMENT:              16

*FOR LEGAL SERVICES RENDERED*
ATTN: MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 06/21/2005 | DGW | COMMUNICATE WITH CLIENT REGARDING NOTICE OF APPEAL AND RELATED DOCUMENTS | 0.50 |  |
| 06/23/2005 | DGW | REVIEW NOTICE OF APPEAL AND RELATED DOCUMENTS; CONFER WITH ATTORNEY GENERAL REGARDING SAME | 1.20 |  |
| 07/27/2005 | DGW | TELEPHONE CALL WITH ASSISTANT ATTORNEY GENERAL REGARDING REQUEST FOR LEAVE TO FILE LEGAL FILE OUT OF TIME | 0.30 |  |
|  |  | FOR CURRENT SERVICES RENDERED | 2.00 | 500.00 |
|  |  | TOTAL CURRENT WORK |  | 500.00 |
|  |  | BALANCE DUE |  | $500.00 |

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO CA 92131

PAGE: 1
10/03/2005
FILE NO.    32140-739F
STATEMENT:        17

*FOR LEGAL SERVICES RENDERED:*
~~ATTN: MICHAEL NAJEWICZ~~

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| 08/23/2005 DGW | CONFER WITH ASSISTANT ATTORNEY GENERAL; EVALUATE DOCKET SHEET AND STATUS OF APPEAL | 0.80 | |
| 08/26/2005 MKB | MANAGE DATA/FILES; ORGANIZE FILE; UPDATE PLEADING PANEL | 3.00 | |
| 08/30/2005 MKB | MANAGE DATA/FILES; UPDATE PLEADING PANEL | 0.30 | |
| 09/05/2005 DGW | REVIEW DOCUMENTS FROM ASSISTANT ATTORNEY GENERAL REGARDING APPEAL TO SUPREME COURT AND CLARIFICATION OF DOCKET | 0.80 | |
| 09/22/2005 DGW | REVIEW SETTLEMENT PROPOSAL FROM ATTORNEY GENERAL | 0.80 | |
| 09/26/2005 DGW | REVIEW SETTLEMENT PROPOSAL WITH CLIENT; CONFER WITH ATTORNEY GENERAL REGARDING DRAFTING OF REGULATIONS AND OTHER TERMS OF SETTLEMENT | 0.80 | |
| | FOR CURRENT SERVICES RENDERED | 6.50 | 1,047.50 |
| | TOTAL CURRENT WORK | | 1,047.50 |
| | BALANCE DUE | | $1,047.50 |

P A I D

NOV 21 2005



MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

# PAST DUE
*5/10/06*

GREENPOINT CREDIT L.L.C.
MICHAEL NAJEWICZ
10089 WILLOW CREEK ROAD
SAN DIEGO  CA  92131

PAGE: 1
02/21/2006
FILE NO.    32140-739F
STATEMENT:           18

*FOR LEGAL SERVICES RENDERED* ~~ATTN: MICHAEL NAJEWICZ~~

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |
|---|---|---|
| **10/25/2005** | | |
| DGW | REVIEW PROPOSED REGULATIONS FROM MISSOURI DEPARTMENT OF REVENUE; REVIEW STATUTE; PREPARATION OF MODIFICATIONS TO REGULATIONS | 1.20 |
| **11/15/2005** | | |
| DGW | REVIEW AMENDED REGULATIONS FROM ASSISTANT ATTORNEY GENERAL; CONFER WITH CLIENT REGARDING SAME | 0.30 |
| **11/21/2005** | | |
| DGW | TELEPHONE CALL WITH ASSISTANT ATTORNEY GENERAL REGARDING FILING OF BRIEF | 0.30 |
| **12/21/2005** | | |
| DGW | REVIEW DOCKET SHEET RELATING TO ORAL ARGUMENTS | 0.50 |
| **12/28/2005** | | |
| DGW | REVIEW SETTLEMENT PROPOSAL FROM ATTORNEY GENERAL; CONFER WITH ASSISTANT ATTORNEY GENERAL REGARDING SAME | 0.80 |
| **02/01/2006** | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 7.20 |
| **02/02/2006** | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH MISSOURI SUPREME COURT | 8.40 |
| **02/03/2006** | | |
| DGW | RESEARCH AND PREPARATION OF BRIEF TO BE FILED WITH | |

PAID
JUN 1 2 2006

GREENPOINT CREDIT L.L.C.

FILE NO.    32140-739F
STATEMENT:    18

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MISSOURI SUPREME COURT |  | 8.20 |  |
| 02/17/2006 |  |  |  |  |
| DGW | TELEPHONE CALL WITH ATTORNEY GENERAL REGARDING |  |  |  |
|  | ORAL ARGUMENTS AND SETTLEMENT OF CASE |  | 0.30 |  |
|  | FOR CURRENT SERVICES RENDERED |  | 27.20 | 7,450.00 |
|  | TOTAL CURRENT WORK |  |  | 7,450.00 |
|  | BALANCE DUE |  |  | $7,450.00 |

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE



# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT MORTGAGE FUNDING, INC.
MICHAEL NAJEWICZ
9095 RIO SAN DIEGO DRIVE, SUITE 400
SAN DIEGO CA 92108

PAGE: 1
04/03/2006
FILE NO.        32140-739F
STATEMENT:              19

#2800

*FOR LEGAL SERVICES RENDERED*
ATTN: MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| 02/27/2006 | | | |
| DGW | PREPARE FOR ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURTK INCLUDING TRAVEL TO STATE CAPITOL FOR SAME | 5.20 | |
| 02/28/2006 | | | |
| DGW | PREPARE FOR AND ATTEND ORAL ARGUMENTS BEFORE MISSOURI SUPREME COURT | 4.20 | |
| 03/06/2006 | | | |
| DGW | REVIEW LEGISLATION RELATING TO REPEAL OF STATUE; CONFER WITH SENATORS REGARDING SAME AND TIME FOR HEARING BEFORE MISSOURI SENATE | 1.40 | |
| 03/16/2006 | | | |
| DGW | TELEPHONE CALL WITH STATE SENATOR REGARDING REPEAL OF LAW; REVIEW AMENDMENT TO STATUE | 0.80 | |
| | FOR CURRENT SERVICES RENDERED | 11.60 | 3,190.00 |
| | TOTAL CURRENT WORK | | 3,190.00 |
| | BALANCE DUE | | $3,190.00 |

PAID
JUN 1 2 2006

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT MORTGAGE FUNDING, INC.
MICHAEL NAJEWICZ
9095 RIO SAN DIEGO DRIVE, SUITE 400
SAN DIEGO  CA  92108

|  |  |
|---|---|
| | PAGE: 1 |
| | 05/02/2006 |
| FILE NO. | 32140-739F |
| STATEMENT: | 20 |

FOR LEGAL SERVICES RENDERED: ATTN MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS | |
|---|---|---|---|
| 04/18/2006 | | | |
| DGW | CONFER WITH SENATOR LOUDON'S OFFICE REGARDING REPEAL OF STATUTE; EVALUATE STATUS OF SENATE HEARING REGARDING REPEAL OF STATUTE | 0.80 | |
| 04/19/2006 | | | |
| DGW | TELEPHONE CALL WITH SENATOR LOUDON'S OFFICE REGARDING COORDINATION WITH HOUSE OF REPRESENTATIVES REGARDING REPEAL OF STATUTE; COORDINATE SAME | 0.50 | |
| | FOR CURRENT SERVICES RENDERED | 1.30 | 357.50 |
| | TOTAL CURRENT WORK | | 357.50 |
| | BALANCE DUE | | $357.50 |



PAID
JUN 1 2 2006

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

# MURPHY ◆ WASINGER LC

*ATTORNEYS AT LAW*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

GREENPOINT MORTGAGE FUNDING, INC.
MICHAEL NAJEWICZ
9095 RIO SAN DIEGO DRIVE, SUITE 400
SAN DIEGO CA 92108

PAGE: 1
06/02/2006
FILE NO.  32140-739F
STATEMENT:  21

*4001*

*FOR LEGAL SERVICES RENDERED:*
ATTN: MICHAEL NAJEWICZ

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/09/2006 |  |  |  |  |
| DGW | TCW HOUSE OF REPRESENTATIVES REGARDING STATUS OF BILL REPEALING LEGISLATION |  | 0.30 |  |
| DGW | EVALUATE STATUS OF BILL REPEALING LEGISLATION; CONFER WITH BOTH HOUSE AND SENATE REGARDING SAME |  | 0.50 |  |
| 05/12/2006 |  |  |  |  |
| DGW | TCW STATE SENATOR REGARDING REPEAL OF LEGISLATION; CONFER WITH CLIENT REGARDING SAME |  | 0.40 |  |
|  | FOR CURRENT SERVICES RENDERED |  | 1.20 | 330.00 |
|  | TOTAL CURRENT WORK |  |  | 330.00 |
|  | BALANCE DUE |  |  | $330.00 |

FEDERAL I.D. #43-1223553
PLEASE INCLUDE FILE NUMBER ON ALL CORRESPONDENCE

*A T T O R N E Y S   A T   L A W*

MAGNA PLACE, SUITE 550
1401 S. BRENTWOOD BLVD.
SAINT LOUIS, MISSOURI 63144

PHONE (314) 961-0400
FAX (314) 961-2726

|  |  |  |
|---|---|---|
| GREENPOINT MORTGAGE FUNDING, INC.<br>MICHAEL NAJEWICZ<br>9095 RIO SAN DIEGO DRIVE, SUITE 400<br>SAN DIEGO  CA  92108 |  | PAGE: 1<br>09/05/2007 |
|  | FILE NO.<br>STATEMENT: | 32140-739F<br>22 |

*FOR LEGAL SERVICES RENDERED:*
~~ATTN: MICHAEL NAJEWICZ~~

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |
|---|---|---|
| **06/13/2006** |  |  |
| DGW | REVIEW/ANALYZE OPINION FROM MISSOURI SUPREME COURT; CONFER WITH CLIENT REGARDING SAME | 1.20 |
| DGW | TELEPHONE CALL WITH REGIONAL OFFICE REGARDING SUPREME COURT RULING; EVALUATE STATUS OF CASE | 0.30 |
| **10/19/2006** |  |  |
| DGW | REVIEW FILE AND PRIOR ORDERS IN PREPARATION FOR MEETING WITH DEPARTMENT OF REVENUE AND ASSISTANT ATTORNEY GENERAL | 1.20 |
| **10/20/2006** |  |  |
| DGW | PREPARE FOR AND MEET WITH COUNSEL FOR DEPARTMENT OF REVENUE AND ASSISTANT ATTORNEY GENERAL REGARDING DISPOSITION OF CASE AND PRIOR TITLES ISSUED | 2.10 |
| **12/04/2006** |  |  |
| DGW | APPEAR IN CIRCUIT COURT OF ST. LOUIS COUNTY FOR STATUS CONFERENCE | 1.80 |
| **12/15/2006** |  |  |
| DGW | REVIEW/REVISE AMENDED PETITION | 3.20 |
| **12/19/2006** |  |  |
| MKS | TRAVEL TO THE ST. LOUIS COUNTY CIRCUIT CLERK'S OFFICE TO FILE A DOCUMENT FOR ATTORNEY | 1.30 |
| **02/22/2007** |  |  |
| DGW | REVIEW AND REVISE PROPOSED STATEMENT TO BE SUBMITTED TO DISTRICT COURT; CONFER WITH COUNSEL FOR DEFENDANT REGARDING SAME | 1.20 |

GREENPOINT MORTGAGE FUNDING, INC.

ACCT# 2513558
MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

| | | HOURS |
|---|---|---|
| 03/12/2007 | | |
| DGW | REVIEW CORRESPONDENCE FROM COUNSEL FOR DEFENDANT REGARDING ABANDONED TITLES | 0.80 |
| 03/16/2007 | | |
| DGW | REVIEW COURT ORDER; PREPARATION OF PROPOSED SCHEDULING ORDER TO BE FILED WITH COURT; CONFER WITH OPPOSING COUNSEL REGARDING SAME; REVIEW CHANGES FROM OPPOSING COUNSEL | 2.40 |
| 03/19/2007 | | |
| DGW | REVIEW PROPOSED SCHEDULING ORDER FROM CLIENT; COORDINATE FILING OF SAME WITH COURT | 0.80 |
| 05/03/2007 | | |
| DGW | REVIEW CASE MANAGEMENT ORDER REGARDING MEDIATION AND TIMELINES THEREIN | 0.80 |
| 05/09/2007 | | |
| DGW | REVIEW LISTING OF MEDIATORS FROM OPPOSING COUNSEL; CONFER WITH CLIENT REGARDING SAME; SELECT MEDIATOR AND CONTACT MEDIATOR REGARDING SAME | 1.20 |
| 05/11/2007 | | |
| DGW | PREPARATION AND FILE REPORT REGARDING MEDIATION WITH FEDERAL COURT | 0.80 |
| 05/16/2007 | | |
| DGW | REVIEW FILE; PREPARATION OF MEDIATION STATEMENT FOR MEDIATOR; CONFER WITH OPPOSING COUNSEL REGARDING SAME; NOTIFY OPPOSING COUNSEL FOR WITNESSES FOR MEDIATION | 1.80 |
| 06/25/2007 | | |
| DGW | RESEARCH ISSUES; PREPARE AND FILED MOTION FOR SUMMARY JUDGMENT, MEMORANDUM IN SUPPORT OF MOTION AND STATEMENT OF UNCONTROVERTED FACTS | 4.20 |
| 06/29/2007 | | |
| DGW | RESEARCH ISSUES RELATING TO REHEARING AND EFFECT OF JUDGMENT ON TITLES ISSUED PRIOR TO JUDGMENT; PRIOR ISSUED HOMES; REVIEW FILE FOR ISSUANCE OF PRIOR TITLES TO HOMES; EVALUATE RECOVERY OF ATTORNEYS' FEES IN CASE | 6.00 |

GREENPOINT MORTGAGE FUNDING, INC.

ACCT# 2513558

MISSOURI DEPARTMENT OF REVENUE
ROBERT AND CRYSTAL BARBOUR
BENNY HAINEN

|  |  | HOURS |  |
|---|---|---|---|
| 08/23/2007 |  |  |  |
| DGW | REVIEW DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND CASES CITED THEREIN; PREPARATION OF RESPONSE TO STATEMENT OF UNCONTESTED FACTS; PREPARATION OF MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT | 3.60 |  |
| 08/27/2007 |  |  |  |
| DGW | REVIEW/REVISE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; CONFER WITH OPPOSING COUNSEL REGARDING DISCOVERY AND MOTION TO STAY DISCOVERY PENDING OUTCOME OF RULING ON MOTIONS FOR SUMMARY JUDGMENT | 2.40 |  |
| 08/29/2007 |  |  |  |
| DGW | REVIEW PROPOSED STIPULATION RELATING TO DISCLOSURE OF EXPERTS AND DEPOSITION OF SAME | 0.40 |  |
| DGW | REVIEW PROPOSED MOTION TO MODIFY SCHEDULING ORDER; CONFER WITH OPPOSING COUNSEL REGARDING SAME | 0.80 |  |
| 08/31/2007 |  |  |  |
| DGW | REVIEW ORDER FROM COURT REGARDING SCHEDULING ORDER; REVIEW FILE FOR PRIOR DISCOVERY ISSUES AND UNDERLYING DOCUMENTS; PREPARATION OF MEMORANDUM IN ACCORDANCE WITH COURT ORDER RELATING TO SCHEDULING ORDER | 1.50 |  |
| 09/05/2007 |  |  |  |
| DGW | RESEARCH AND PREPARATION OF APPLICATION FOR ATTORNEYS' FEES AND MEMORANDUM IN SUPPORT OF APPLICATION FOR ATTORNEYS' FEES; PREPARATION OF MOTION FOR EXPEDITED RULING ON APPLICATION FOR ATTORNEYS' FEES; RETRIEVE AND REVIEW BILLINGS; CONFER WITH COUSNEL FOR DEFENDANTS REGARDING FILING OF MOTION FOR EXPEDITED RULING ON APPLICATION FOR ATTORNEYS' FEES | 4.50 |  |
|  | FOR CURRENT SERVICES RENDERED | 44.30 | 11,922.50 |
|  | TOTAL CURRENT WORK |  | 11,922.50 |
|  | BALANCE DUE |  | $11,922.50 |

# GRAY, RITTER & GRAHAM, P.C.
## ATTORNEYS AT LAW

STATEMENT

Page: 1
09/05/2007
ACCOUNT NO: 061-119Z
STATEMENT NO: 1

Greenpoint Credit Corp.

Greenpoint Credit Corp. v. Mo Dept. of Revenue

| Date | | Description | HOURS | |
|---|---|---|---|---|
| 07/02/2006 | | | | |
| | TKN | Research memo to DMD. | 4.00 | 800.00 |
| 07/08/2006 | | | | |
| | TKN | Prepare amended petition. | 2.00 | 400.00 |
| 07/10/2006 | | | | |
| | TKN | Research re defendants. | 1.00 | 200.00 |
| 08/02/2006 | | | | |
| | DMD | Legal research. Review and revise lawsuit. Conference with Tom Neill. | 3.00 | 1,200.00 |
| | TKN | Prepare amended petition. | 2.00 | 400.00 |
| 08/03/2006 | | | | |
| | DMD | Legal research. Review and revise draft lawsuit. Conference with Tom Neill. | 3.00 | 1,200.00 |
| 08/11/2006 | | | | |
| | TKN | Prepare amended petition. | 2.00 | 400.00 |
| 08/22/2006 | | | | |
| | TKN | Research re vehicles. | 2.00 | 400.00 |
| 10/20/2006 | | | | |
| | DMD | Prepare form, attend and return from meeting | | |

Greenpoint Credit Corp.

Greenpoint Credit Corp. v. Mo Dept. of Revenue

| | | HOURS | |
|---|---|---|---|
| | in Jefferson City with Mark Long, David Wasinger and Omar Davis. | 7.00 | 2,800.00 |
| **10/24/2006** | | | |
| DMD | Work on outline of settlement plan. Review file materials. Legal research. | 2.00 | 800.00 |
| **10/25/2006** | | | |
| DMD | Work on settlement plan. Review file materials. Legal research. | 2.00 | 800.00 |
| TKN | Research re Public Service Commission. | 1.00 | 200.00 |
| **10/27/2006** | | | |
| DMD | Review file materials. Telephone conference with co-counsel. Prepare list item. | 1.00 | 400.00 |
| **12/01/2006** | | | |
| DMD | Telephone conferences wtih Mark Long and David Wasinger. Review file materials. | 0.50 | 200.00 |
| **12/16/2006** | | | |
| DMD | Review and finalize amended class action petition. | 0.50 | 200.00 |
| **01/10/2007** | | | |
| TKN | Review of defendant's removal and reasons related thereto. | 1.00 | 200.00 |
| TKN | Research re removal. | 1.00 | 200.00 |
| | CURRENT BALANCE DUE | 35.00 | 10,800.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Don M Downing | 19.00 | $400.00 | $7,600.00 |
| Thomas K. Neill | 16.00 | 200.00 | 3,200.00 |

**INTERNAL COSTS:**

| | | |
|---|---|---|
| 10/17/2006 | photocopies, 1 copies at $0.10 | 0.10 |
| 10/25/2006 | photocopies, 1 copies at $0.10 | 0.10 |

Greenpoint Credit Corp. v. Mo Dept. of Revenue

| | | |
|---|---|---:|
| 10/27/2006 | Long distance telephone call | 0.96 |
| 11/28/2006 | Long distance telephone call | 5.15 |
| 12/15/2006 | print copies, 18 prints at $0.10 | 1.80 |
| 01/02/2007 | print copies, 1 prints at $0.10 | 0.10 |
| 01/02/2007 | print copies, 14 prints at $0.10 | 1.40 |
| 01/02/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 01/02/2007 | print copies, 4 prints at $0.10 | 0.40 |
| 01/02/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 01/09/2007 | print copies, 1 prints at $0.10 | 0.10 |
| 01/10/2007 | photocopies, 9 copies at $0.10 | 0.90 |
| 02/23/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 05/04/2007 | photocopies, 5 copies at $0.10 | 0.50 |
| | TOTAL INTERNAL COSTS | 12.11 |

**OTHER CASE EXPENSES:**

| | | |
|---|---|---:|
| 08/17/2006 | Westlaw research – West Publishing Company | 315.56 |
| 09/28/2006 | Westlaw research – West Publishing Company | 68.17 |
| 11/21/2006 | Westlaw research – West Publishing Company | 104.85 |
| 02/27/2007 | Westlaw research – West Publishing Company | 28.22 |
| | TOTAL CASE EXPENSES | 516.80 |
| | TOTAL CURRENT WORK | 11,328.91 |
| | BALANCE DUE | $11,328.91 |

# GRAY, RITTER & GRAHAM, P.C.
## ATTORNEYS AT LAW

STATEMENT

Greenpoint Credit Corp.

Page: 1
09/05/2007
ACCOUNT NO:  061-119Z
STATEMENT NO:        1

Greenpoint Credit Corp. v. Mo Dept. of Revenue

|            |     |                                                                          | HOURS |          |
|------------|-----|--------------------------------------------------------------------------|-------|----------|
| 07/02/2006 |     |                                                                          |       |          |
|            | TKN | Research memo to DMD.                                                     | 4.00  | 800.00   |
| 07/08/2006 |     |                                                                          |       |          |
|            | TKN | Prepare amended petition.                                                | 2.00  | 400.00   |
| 07/10/2006 |     |                                                                          |       |          |
|            | TKN | Research re defendants.                                                  | 1.00  | 200.00   |
| 08/02/2006 |     |                                                                          |       |          |
|            | DMD | Legal research. Review and revise lawsuit. Conference with Tom Neill.    | 3.00  | 1,200.00 |
|            | TKN | Prepare amended petition.                                                | 2.00  | 400.00   |
| 08/03/2006 |     |                                                                          |       |          |
|            | DMD | Legal research. Review and revise draft lawsuit. Conference with Tom Neill. | 3.00  | 1,200.00 |
| 08/11/2006 |     |                                                                          |       |          |
|            | TKN | Prepare amended petition.                                                | 2.00  | 400.00   |
| 08/22/2006 |     |                                                                          |       |          |
|            | TKN | Research re vehicles.                                                    | 2.00  | 400.00   |
| 10/20/2006 |     |                                                                          |       |          |
|            | DMD | Prepare form, attend and return from meeting                             |       |          |

Greenpoint Credit Corp. v. Mo Dept. of Revenue

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | in Jefferson City with Mark Long, David Wasinger and Omar Davis. | | 7.00 | 2,800.00 |
| 10/24/2006 | | | | |
| DMD | Work on outline of settlement plan. Review file materials. Legal research. | | 2.00 | 800.00 |
| 10/25/2006 | | | | |
| DMD | Work on settlement plan. Review file materials. Legal research. | | 2.00 | 800.00 |
| TKN | Research re Public Service Commission. | | 1.00 | 200.00 |
| 10/27/2006 | | | | |
| DMD | Review file materials. Telephone conference with co-counsel. Prepare list item. | | 1.00 | 400.00 |
| 12/01/2006 | | | | |
| DMD | Telephone conferences wtih Mark Long and David Wasinger. Review file materials. | | 0.50 | 200.00 |
| 12/16/2006 | | | | |
| DMD | Review and finalize amended class action petition. | | 0.50 | 200.00 |
| 01/10/2007 | | | | |
| TKN | Review of defendant's removal and reasons related thereto. | | 1.00 | 200.00 |
| TKN | Research re removal. | | 1.00 | 200.00 |
|  | CURRENT BALANCE DUE | | 35.00 | 10,800.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Don M Downing | 19.00 | $400.00 | $7,600.00 |
| Thomas K. Neill | 16.00 | 200.00 | 3,200.00 |

**INTERNAL COSTS:**

| | | |
|---|---|---|
| 10/17/2006 | photocopies, 1 copies at $0.10 | 0.10 |
| 10/25/2006 | photocopies, 1 copies at $0.10 | 0.10 |

Greenpoint Credit Corp.

Greenpoint Credit Corp. v. Mo Dept. of Revenue

| | | |
|---|---|---:|
| 10/27/2006 | Long distance telephone call | 0.96 |
| 11/28/2006 | Long distance telephone call | 5.15 |
| 12/15/2006 | print copies, 18 prints at $0.10 | 1.80 |
| 01/02/2007 | print copies, 1 prints at $0.10 | 0.10 |
| 01/02/2007 | print copies, 14 prints at $0.10 | 1.40 |
| 01/02/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 01/02/2007 | print copies, 4 prints at $0.10 | 0.40 |
| 01/02/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 01/09/2007 | print copies, 1 prints at $0.10 | 0.10 |
| 01/10/2007 | photocopies, 9 copies at $0.10 | 0.90 |
| 02/23/2007 | print copies, 2 prints at $0.10 | 0.20 |
| 05/04/2007 | photocopies, 5 copies at $0.10 | 0.50 |
| | TOTAL INTERNAL COSTS | 12.11 |

**OTHER CASE EXPENSES:**

| | | |
|---|---|---:|
| 08/17/2006 | Westlaw research - West Publishing Company | 315.56 |
| 09/28/2006 | Westlaw research - West Publishing Company | 68.17 |
| 11/21/2006 | Westlaw research - West Publishing Company | 104.85 |
| 02/27/2007 | Westlaw research - West Publishing Company | 28.22 |
| | TOTAL CASE EXPENSES | 516.80 |

TOTAL CURRENT WORK                                        11,328.91

BALANCE DUE                                              $11,328.91